**No. 10-9884. James Talley, Petitioner v. City of Atlantic City, New Jersey, et al.**

563 U.S. 1037, 131 S. Ct. 2968, 180 L. Ed. 2d 254, 2011 U.S. LEXIS 4297, ▮

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 406 Fed. Appx. 584.